# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2026

### NO. 03-25-00602-CV

**Elosia LeBlanc, Appellant**

**v.**

**VI Collina, LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND ELLIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the final judgment signed by the trial court on August 13, 2025. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.